UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**RUSSELL SHOWERS,**                  :

      **Plaintiff**                  :   CIVIL ACTION NO. 3:20-1868

      v.                                     :          (JUDGE MANNION)

**Dr. Courtney Rodgers, et al.,**      :

      **Defendants**                :

# ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motions to dismiss (Docs. 36, 44) Plaintiff's complaint for Plaintiff's failure to exhaust administrative remedies, see 28 U.S.C. §1915(e)(2)(B) are **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:  March 17, 2022**
19-2083-01-ORDER